JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, | CV 23-8770 PA (PDx) |
|     Plaintiff, | JUDGMENT |
| v. | |
| REGAL GROUP, LLC, | |
|     Defendant. | |

Pursuant to the Court's January 8, 2024 Minute Order dismissing this action for lack of prosecution and for failure to comply with a Court order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: January 8, 2024

                                                Percy Anderson
                                  UNITED STATES DISTRICT JUDGE